**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DETAILS CUSTOM BUILDERS, INC.,** *Plaintiff,* | § § § § § § | |
| ***v.*** | § § | |
| **RANDALL COHEN, ROBERT NETHERCUT, CORNBREAD VENTURES REAL ESTATE HOLDINGS, LLC D/B/A Z'TEJAS SOUTHWESTERN GRILL, AND CORNBREAD VENTURES, LLC,** *Defendants,* | § § § § § § § § § § § | **CASE NO. 1:26-CV-169-ADA-ML** |
| ***v.*** | § § § | |
| **STELIOS RODITIS,** *Third-Party Defendant.* | § § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 52. Judge Hightower recommends that this Court **GRANT** Third-Party Defendant Stelios Roditis's First Amended Motion to Dismiss (Dkt. 44) without prejudice and **GRANT** Cornbread Ventures, LLC's request to file a Second Amended Counterclaim and Third-Party Complaint. *Id.* at 6. The report was filed on June 8, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Lane's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 52) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Third-Party Defendant Stelios Roditis's First Amended Motion to Dismiss (Dkt. 44) is hereby **GRANTED** without prejudice.

**IT IS FURTHER ORDERED** that Cornbread Ventures, LLC's request to file a Second Amended Counterclaim and Third-Party Complaint is hereby **GRANTED**.

**SIGNED** this 1st day of July, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE